**Electronically Filed
Supreme Court
SCWC-17-0000663
14-NOV-2023
02:20 PM
Dkt. 7 ODAC**

SCWC-17-0000663

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROBERT J. DAHLAGER, as Personal Representative of the ESTATE OF
ROBERT G. DAHLAGER, Deceased, and MARY DAHLAGER,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

JACK'S DIVING LOCKER,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000663; CASE NO. 3CC14100262K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ.,
Circuit Judge Watanabe and Circuit Judge Ashford,
assigned by reason of vacancies)

Petitioners/Plaintiffs-Appellants/Cross-Appellees Robert J.
Dahlager, as Personal Representative of the Estate of Robert G.
Dahlager, deceased, and Mary Dahlager's Application for Writ of
Certiorari filed on October 2, 2023, is rejected.

DATED: Honolulu, Hawai'i, November 14, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kathleen N.A. Watanabe

/s/ James H. Ashford

